IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ANGIL MICHILLE STRICKLAND,

          Plaintiff,

v.                                                 CIVIL ACTION NO.   2:15-cv-13771

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

          Defendant.

**MEMORANDUM OPINION AND ORDER**

      Before the Court is Plaintiff Angil Michille Strickland's Complaint seeking review of the decision of the Acting Commissioner of Social Security, Carolyn W. Colvin ("Commissioner") (ECF No. 1).  By Standing Order entered May 7, 2014, and filed in this case on October 9, 2015, this action was referred to United States Magistrate Judge Cheryl A. Eifert for submission of proposed findings and a recommendation ("PF&R").  Magistrate Judge Eifert filed her PF&R (ECF No. 14) on September 8, 2016, recommending that this Court reverse the final decision of the Commissioner and dismiss this matter from the Court's docket.

      The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed.  *Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Failure to file timely objections constitutes a waiver of *de novo* review and the Petitioner's right to appeal this Court's Order.   28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir.

1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984). In addition, this Court need not conduct a *de novo* review when a party "makes general and conclusory objections that do not direct the Court to a specific error in the magistrate's proposed findings and recommendations." *Orpiano v. Johnson,* 687 F.2d 44, 47 (4th Cir. 1982). Objections to the PF&R were originally due on September 26, 2016. To date, no objections have been filed.

Accordingly, the Court **GRANTS** Plaintiff's Motion for Judgment on the Pleadings (ECF No. 9) to the extent it seeks remand of the Commissioner's decision, **DENIES** Defendant's Motion for Judgment on the Pleadings (ECF No. 12), **REVERSES** the final decision of the Commissioner, **REMANDS** this action pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the PF&R (ECF No. 14), **DISMISSES** the Complaint (ECF No. 2), and **DIRECTS** the Clerk to remove this case from the Court's docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: January 3, 2017

THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE

2